No. 04–97. BERENS, AS SUCCESSOR TO STRUYK, TRUSTEE, ET AL. *v.* C. W. M. ET AL.; and

No. 04–152. A. M. P. ET AL. *v.* C. W. M. ET AL. Ct. App. Minn. Certiorari denied.

No. 04–99. RENDEROS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 04–144. NORFOLK & WESTERN RAILWAY CO. ET AL. *v.* ANDERSON. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 04–148. PABST *v.* CITY OF FLINT, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–151. PUBLIC EMPLOYEES RETIREMENT BOARD OF THE PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO *v.* GILL. Sup. Ct. N. M. Certiorari denied.

No. 04–155. TUCKER ET UX. *v.* METROWEST MEDICAL CENTER ET AL. App. Ct. Mass. Certiorari denied.

No. 04–161. DJ MANUFACTURING CORP. *v.* TEX-SHIELD, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–167. GIBSON *v.* MERRILL ET UX. Sup. Ct. Idaho. Certiorari denied.

No. 04–170. HAHN *v.* VILLAS OF ST. THERESE ASSISTED LIVING, INC. Sup. Ct. Ohio. Certiorari denied.

No. 04–172. U. S. BANK NATIONAL ASSN. ET AL. *v.* HSBC BANK USA ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–185. LAATSCH ET AL. *v.* MIHAILOVICH. C. A. 7th Cir. Certiorari denied.

No. 04–188. WILLIAMS *v.* RHOADES ET AL. C. A. 9th Cir. Certiorari denied.